IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3009 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER MERRITT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The court has been advised that the government intends to appeal the order of this date amending conditions of release.

Therefore, on the court's own motion,

IT IS ORDERED:

The order amending conditions of release, filing no. 17, is hereby stayed pending outcome of the appeal.

DATED this 20th day of March, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge