IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3009 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER MERRITT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of deadline, filing no. 20, is granted and the deadline for plaintiff to file its brief in response to defendant's motion for protective order (filing no. 16) is extended to March 30, 2009.

DATED this 24th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge