IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3009 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER MERRITT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

The oral argument on defendant's motion for protective order, filing no. 16, is continued from May 1 to **May 6, 2009 at 10:00 a.m.** before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant may, but is not required to be present.

DATED this 27th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge