IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3009 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER MERRITT, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |

Given the stipulation of the parties, Judge Piester's orders finding the Walsh Act Amendments to the Bail Reform Act are unconstitutional have been mooted and will be reversed and set aside. The stipulation of the parties will be approved and the pretrial release conditions will be amended accordingly.

IT IS ORDERED that:

1. The appeal (filing 23) is denied as moot.

2. Judge Piester's orders (filings 17 and 36) declaring the Walsh Act Amendments to the Bail Reform Act are unconstitutional are reversed and set aside as moot.

3. The stipulation (filing 39) is approved.

4. The order setting conditions of release (filing 13) is amended to add the provisions of the stipulation (filing 39). All of the other conditions of release (filing 13) that were previously imposed remain in force.

5. The Clerk shall provide a copy of this memorandum and order to Judge Piester and to the Pretrial Services Office.

DATED this 16th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge